Form ntcabuse

**UNITED STATES BANKRUPTCY COURT**

Middle District of Florida

Case No.: 8:19−bk−03518−CPM
Chapter: 7
Judge: Catherine Peek McEwen

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Anthony Zigante | Donna Marie Zigante |
| aka Michael A. Zigante, aka Michael Zigante | aka Donna M. Zigante, aka Donna Zigante |
| 2833 Manning Dr. | 2833 Manning Dr. |
| New Port Richey, FL 34655 | New Port Richey, FL 34655 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−2294                                                                  xxx−xx−8003

Employer Tax ID / Other nos.:

**STATEMENT OF PRESUMED ABUSE**

Clerk's Notice of United States Trustee's Statement of Presumed Abuse Under 11 U.S.C. Section 707(b)(2). (ADIclerk)

Dated: 1/15/21

United States Trustee